IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MICHAEL S. LANCE,

      Appellant,

v.

                                   Case No.  5D22-2874
                                   LT Case Nos. 2014-CF-504-B
                                                   2014-CF-946-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed March 7, 2023

3.850 Appeal from the Circuit Court
for Seminole County,
William S. Orth, Judge.

Michael S. Lance, Raiford, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


JAY, HARRIS and SOUD, JJ., concur.